No. 203. JIMÉNEZ, JUEZ MUNICIPAL, PETICIONARIO, *v.* REILY, GOBERNADOR DE PUERTO RICO, DEMANDADO.—*Mandamus.* Resuelto en julio 24, 1922. Moción de auto perentorio de *mandamus* hecha en corte abierta al formularse la con-

941

testación al auto alternativo expedido. No habiéndose negado ni refutado ninguno de los hechos alegados por el peticionario y que fueron admitidos substancialmente por el demandado en las varias audiencias y en los alegatos sobre la cuestión de si debía o no expedirse dicho auto alternativo, y siendo idénticas las cuestiones que se promovieron a las sometidas anteriormente, y ya resueltas en contra del demandado y por los fundamentos del caso referido de *Jiménez* v. *Reily,* 30 D. P. R. 626, se declara con lugar la moción y se ordena la reposición del peticionario. A solicitud del demandado, sin embargo si se hiciese en o antes del 28 del corriente toda vez que el sábado 29 es el último día de la presente sesión, la expedición del auto perentorio quedará en suspenso hasta el 1 de octubre próximo a fin de dar oportunidad al demandado para una solicitud de auto de error y demás documentos necesarios para la revisión de esta resolución y para que dicho auto de error produzca los efectos de *supersedeas.*